FILED

JUL 15 2016

JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:16-MJ-1625-RN

| UNITED STATES OF AMERICA |
| :--- |
| v. |
| DONTAI DURHAM |

### ORDER TO SEAL CRIMINAL COMPLAINT, ARREST WARRANT, AND SUPPORTING DOCUMENTATION

Upon motion of the United States it is hereby ORDERED, for good cause shown based on the facts and reasons stated in the motion, that the Criminal Complaint, Arrest Warrant, Supporting Affidavit, Motion to Seal, and Order to Seal in the above-captioned matter be sealed until such time as unsealing is requested by the United States Attorney and granted by the court.

It is FURTHER ORDERED that the Clerk provide the United States and the Bureau of Alcohol, Tobacco, Firearms and Explosives with a copy of the Criminal Complaint, Arrest Warrant, Supporting Affidavit, as well as a copy of the Motion and Order to Seal the same.

This the 15th day of July, 2016.

HON. ROBERT T. NUMBERS, II
United States Magistrate Judge